FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AGUILAR CARRION,<br><br>    Petitioner,<br><br>vs.<br><br>D. OLLISON, Warden,<br><br>    Respondent. | Case No. EDCV 06-1361 JFW (JWJ)<br><br>**JUDGMENT** |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: 5/27/08

_____
JOHN F. WALTER
United States District Judge

-1-